# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| DAVID ECHEVERRIA, INDIVIDUALLY AND AS CHILD AND ADMINISTRATOR OF THE ESTATE OF DONNA DAY, DECEASED | : No. 356 WAL 2016<br>:<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Superior Court<br>: |
| v. | : |
| THOMAS HOLLEY, RENEE HOLLEY, AND TOBY HOLLEY | :<br>: |
| v. | : |
| WILLIAM MEARKLE AND KIMBERLY MEARKLE | :<br>: |
| PETITION OF: THOMAS HOLLEY, RENEE HOLLEY, AND TOBY HOLLEY | :<br>: |
| ROBIN R. VINEYARD, INDIVIDUALLY AND AS SPOUSE AND ADMINISTRATOR OF THE ESTATE OF TARA D. VINEYARD, DECEASED | : No. 357 WAL 2016<br>:<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Superior Court |
| v. | : |
| THOMAS HOLLEY, RENEE HOLLEY, AND TOBY HOLLEY | :<br>: |
| v. | : |
| WILLIAM MEARKLE AND KIMBERLY MEARKLE | :<br>: |

|  | : |  |
| PETITION OF: THOMAS HOLLEY, RENEE HOLLEY, AND TOBY HOLLEY | : | |
|  | : | |
| ELPIDIO SANTIAGO RAMIREZ, INDIVIDUALLY AND AS PARENT AND ADMINISTRATOR OF THE ESTATE OF ANDRE RAMIREZ, DECEASED | : | No. 358 WAL 2016 |

PETITION OF: THOMAS HOLLEY,
RENEE HOLLEY, AND TOBY HOLLEY                :

ELPIDIO SANTIAGO RAMIREZ,                    :      No. 358 WAL 2016
INDIVIDUALLY AND AS PARENT AND               :
ADMINISTRATOR OF THE ESTATE OF               :
ANDRE RAMIREZ, DECEASED                      :      Petition for Allowance of Appeal from
                                             :      the Order of the Superior Court
                                             :
                v.                           :
                                             :
                                             :
                                             :
THOMAS HOLLEY, RENEE HOLLEY                   :
AND TOBY HOLLEY                              :
                                             :
                                             :
                                             :
                v.                           :
                                             :
                                             :
                                             :
WILLIAM MEARKLE AND KIMBERLY                  :
MEARKLE                                      :
                                             :
                                             :
PETITION OF: THOMAS HOLLEY,                   :
RENEE HOLLEY, AND TOBY HOLLEY                :


# ORDER


**PER CURIAM**

    **AND NOW**, this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.